UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACCESS FOR THE DISABLED, INC., a
Florida Not-For-Profit corporation, and
DENISE PAYNE, Individually,

        Plaintiffs,                           Case No. 1:08-cv-1056

v.

P AND P HOTELS LIMITED LIABILITY      Honorable Ellen S. Carmody
CORPORATION, LLC, a Michigan
Corporation,

        Defendants.
_____/

**FINAL ORDER APPROVING AND
ENTERING CONSENT DECREE AND DISMISSING CASE**

      **THIS CAUSE** came before the Court on the Stipulation for Approval and Entry of a Consent Decree and Dismissal of the Case, and the Court having reviewed the pleadings and papers filed in this cause, and the Stipulation for Approval and Entry of Consent Decree and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED THAT:**

1.     The Consent Decree, in the form annexed hereto, is approved and entered, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree;

2.     Plaintiffs reserve the right to make application to the Court for the reasonable fees, expenses and costs allegedly incurred by Plaintiffs and Plaintiff's counsel related to this action within 30 days of the entry of this order.

3.     Defendant reserves the right to dispute, object to, or oppose said application for any fees, expenses and/or costs.

4.        The above-styled cause be and the same hereby is dismissed with prejudice;

**IT IS SO ORDERED.**

DATED: October 8, 2009                                      /s/ Ellen S. Carmody
                                                            ELLEN S. CARMODY
                                                            United States Magistrate Judge

Stipulated to by:

*Counsel for the Plaintiffs*

/s/ Owen B. Dunn, Jr.
Owen B. Dunn, Jr., Esq. (P66315)
Law Office of Owen B. Dunn, Jr.
520 Madison Ave., Suite 330
Toledo. OH 42604
Attorneys for Plaintiff
Tel.: (419) 241-9661
Fax.: (419) 241-9737
dunnlawoffice@sbcglobal.net

*Counsel for the Defendants*

/s/ Daniel J. Langdon
  Daniel J. Langdon (P52710)
  Kreis, Enderle, Hudgins & Borsos, P.C.
  171 Monroe Ave., N.W., Ste. 900B
  Grand Rapids, MI 49503
 (616) 254-8400 - telephone
 (616) 254-8410 – fax
 dlangdon@kech.com